UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

**Nos. 23-1590/23-1591/23-3045**


PUBLIC INTEREST LEGAL FOUNDATION,
Appellant in 23-1591

v.

SECRETATY COMMONWEALTH OF PENNSYLVANIA;
JONATHAN M. MARKS, in his official capacity as Deputy Secretary for Elections and Commissions; BUREAU OF COMMISSIONS ELECTIONS & LEGISLATION

Secretary Commonwealth of Pennsylvania, Jonathan M. Marks,
Appellants in 23-1590/23-3045

(M.D. Pa. No. 1:19-cv-00622)


**ORDER**

The opinion filed April 25, 2025 is vacated at the direction of the Court, having been issued prematurely. An amended opinion shall be filed contemporaneously with this order.

For the Court,

Patricia S. Dodszuweit. Clerk


Dated: April 29, 2025

cc: All Counsel of Record